UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EDUARDO LEONEL M. R., <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, *Attorney General*, KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*, TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*, and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, <br><br> Respondents. | Case No. 26-cv-1299 (LMP/JFD) <br><br><br> **ORDER GRANTING PETITION** |

Amy B. Conway, **Stinson LLP, Minneapolis, MN**, for Petitioner.

David W. Fuller, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

Petitioner Eduardo Leonel M. R. is a citizen of El Salvador who entered the United States without inspection in 2019. ECF No. 1 ¶¶ 13–14. He was arrested by immigration officers on February 10, 2026, and remains in the custody of United States Immigration and Customs Enforcement. *Id.* ¶¶ 15, 19. He asserts that Respondents (the "Government") have detained him pursuant to the mandatory detention provisions of 8 U.S.C. § 1225(b)(2). *See id.* ¶ 28. Eduardo Leonel M. R. contends that he is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). *See id.* Eduardo Leonel M. R. also

contends that he is not subject to discretionary detention under 8 U.S.C. § 1226(a) because the Government has not issued a warrant. *See id.* ¶ 51.

The Court ordered the Government to answer the petition no later than February 13, 2026. ECF No. 3. The Court noted that it has already found similarly situated noncitizens not to be subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and that such noncitizens are instead subject to the provisions of 8 U.S.C. § 1226(a). *See id.* at 2 (first citing *Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); and then citing *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025)).

The Government timely responded and agrees with Eduardo Leonel M. R. that his case is not legally or factually distinguishable from those this Court has already decided. ECF No. 4. Nevertheless, the Government "assert[s] all arguments raised by the government in [*Avila v. Bondi*, No. 25-3248 (8th Cir. docketed Nov. 10, 2025)] . . . and respectfully request that the Court preserve those arguments for any appeal in this case." *Id.* Given the Government's candid acknowledgement that the issues raised are not distinguishable from those addressed in this Court's prior decisions, the Court concludes that Eduardo Leonel M. R. is not subject to the provisions of Section 1225(b)(2) and is instead subject to the provisions of Section 1226(a) for the same reasons articulated in this Court's prior orders. *See, e.g.*, *Roberto M. F.*, 2025 WL 3524455, at *4; *Victor Hugo D. P.*, 2025 WL 3688074, at *2–3. Accordingly, the Court adopts the same reasoning here and concludes that Eduardo Leonel M. R. is entitled to a bond hearing under Section 1226(a).

The Court has also concluded that if a petitioner is subject to the provisions of Section 1226(a), the Government must have issued the petitioner a warrant justifying the detention in the first place. *Joaquin Q. L. v. Bondi*, No. 26-cv-233 (LMP/DTS), 2026 WL 161333, at *2–3 (D. Minn. Jan. 21, 2026). If the Government does not do so, immediate release is the appropriate remedy. *Id.* The Government makes no mention of Eduardo Leonel M. R.'s argument that his detention is warrantless. Accordingly, because the Government does not assert any argument that it has provided Eduardo Leonel M. R. with a warrant or advance any argument that Eduardo Leonel M. R.'s detention is appropriate under Section 1226(a) without one, the Court will grant the petition and order Eduardo Leonel M. R.'s immediate release.

## ORDER

Accordingly, based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Eduardo Leonel M. R.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

a. Eduardo Leonel M. R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

b. The Government is **ORDERED** to release Eduardo Leonel M. R. from custody by no later than 5:00 p.m. on Sunday, February 15, 2026;

c. The Government is **ORDERED** to release Eduardo Leonel M. R. without imposing any conditions of release and to return all property to him; and

3

d. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Tuesday, February 17, 2026.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 13, 2026                    *s/ Laura M. Provinzino*
                                            Laura M. Provinzino
                                            United States District Judge