# UNITED STATES DISTRICT COURT
## District of Minnesota

Eduardo Leonel Mengibar Rivera,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26cv1299 LMP/JFD

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Eduardo Leonel M. R.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

a. Eduardo Leonel M. R.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

b. The Government is **ORDERED** to release Eduardo Leonel M. R. from custody by no later than 5:00 p.m. on Sunday, February 15, 2026;

c. The Government is **ORDERED** to release Eduardo Leonel M. R. without imposing any conditions of release and to return all property to him; and

d. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Tuesday, February 17, 2026.

Date: 2/14/26

KATE M. FOGARTY, CLERK